**FORM 9A. Notice of Related Case Information**　　　　　　　　　　　　　　　Form 9A (p. 1)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### NOTICE OF RELATED CASE INFORMATION

**Case Number** 2023-1952

**Short Case Caption** Salix Pharmaceuticals, Ltd. v. Norwich Pharmaceuticals, Inc.

**Filing Party/Entity** Appellees Salix Pharmaceuticals, Ltd., Salix Pharmaceuticals, Inc., Alfasigma S.p.A., Bausch Health Ireland Ltd.

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

Salix Pharmaceuticals, Ltd. v. Norwich Pharmaceuticals Inc., No. 22-2153 (Fed. Cir.)

Norwich Pharmaceuticals, Inc. v. Becerra et al., No. 1:23-cv-01611 (D.D.C.)

☐　　Additional pages attached

FORM 9A. Notice of Related Case Information                               Form 9A (p. 2)
                                                                             March 2023

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

> Norwich Pharmaceuticals Inc., Salix Pharmaceuticals, Ltd., Salix Pharmaceuticals, Inc., Bausch Health Ireland Ltd., Alfasigma S.P.A., Xavier Becerra, Robert M. Califf, M.D., and United States Food and Drug Administration

☐ Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

> AXINN, VELTROP & HARKRIDER LLP: Chad A. Landmon, Matthew J. Becker, Matthew S. Murphy, Thomas K. Hedemann, Stacie L. Ropka, Rebecca L. Clegg, Aziz Burgy, Ricardo S. Camposanto
> SHAW KELLER: Karen E. Keller, Nathan R. Hoeschen
> MORGAN, LEWIS & BOCKIUS LLP: William R. Peterson, Michael J. Abernathy, Karon N. Fowler, Michael Sikora, Julie S. Goldemberg,
> VENABLE LLP: Scott K. Reed, Steven C. Kline, Shannon K. Clark, Alexis M. McJoynt, Joshua D. Calabro, Becky Steephenson

☐ Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 06/13/2023           Signature: /s/ William R. Peterson

                           Name: William R. Peterson